FILED 9 DEC '22 10:35USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland _____ **DIVISION**

HARRIS, JONATHAN, A _____

*(Enter full name of plaintiff)*

Plaintiff,

v.

U.S. PROBATION, SIRI OVERSTREET,
MCDC, ETAL, [INCLUDING All MEDICAL,
INTAKE AND MH PERSONNEL, INTAKE NURSES, U.S. MARSHAILS SERVICE, [U.S.M.],
*(Enter full name of ALL defendant(s))*   AND PHARMACEUTICAL PROVIDER ON

Defendant(s).   FILE AS OF 11-4-2022 IN PRIVATE OR

_____ CONTRACTUAL SERVICES WITH/FOR

MCDC, ETAL.

Civil Case No. 3:22-cv-1907 HZ
(to be assigned by Clerk's Office)

**COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)**

Jury Trial Demanded

☒Yes    ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: U.S. PROBATION, ETAL [SIRI OVERSTREET

Street Address: 1000 S.W. THIRD AVENUE,

City, State & Zip Code: PORTLAND, OR 97204

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**    Name: CURRENT PHARMACEUTICAL PROVIDER OF

Street Address: 1120 S.W. THIRD AVENUE [MCDC-

City, State & Zip Code: PORTLAND, OR 97204

Telephone No.: _____

MCDC

**Defendant No. 2**    Name: CURRENT MEDICAL PROVIDERS, INCLUDING

Street Address: 1120 S.W. THIRD AVENUE, RNA'S], MEDTECS,

City, State & Zip Code: PORTLAND, OR 97204    CNAS, RN'S,

Telephone No.: _____    MD'S, ETC...

**Defendant No. 3**    Name: SIRI OVERSTREET [IN PERSONAL CAPACITY]

Street Address: 1000 S.W. THIRD AVENUE, [U.S. PROBATION]

City, State & Zip Code: PORTLAND, OR 97204

Telephone No.: _____

**Defendant No. 4**    Name: SIRI OVERSTREET [IN PROFESSIONAL CAPACITY,

Street Address: SEE ABOVE AS STATED] COLOR OF LAW,

City, State & Zip Code: _____    SCOPE OF DUTY

Telephone No.: _____    AT U.S.

PROBATION.

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

OTHER
DEFENDANTS
REFUSED
SERVICE OR
A SERVICABLE
ADDRESS.

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]                                    2

[SEE ATTACHED LINED]

FEDERAL OFFICIAL CAPACITY OF "BIVENS CLAIM",
[ OF U.S. PROBATION AND IT'S OFFICIAL AGENTS-IN FULL
PROFESSIONAL CAPACITY- COLOR OF LAW, SCOPE OF DUTY, ] AND
WITHOUT "BIVENS CLAIM", IN FULL PERSONAL CAPACITY OF ACTIONS
WITHOUT "COLOR OF LAW", "EXCEEDING SCOPE OF DUTY" AND NON
    IMMUNITY OF PARTIAL SOVEREIGNTY WHICH DOES NOT COVER
PROBATION OFFICERS, AGENTS OR ACTING DUTY PROBATION "TRAINEES"
"JOB SHADOW", ETC. SUCH ACTIONS WHICH BRING FOURTH THIS
§1983 CLAIM, IN PART AND AGAINST OTHER INCLUSIVE- NON
IMMUNE, NON SOVEREIGN DEFENDANTS, AS NAMED, REFERENCED OR
STATED ACTIVE IN THIS BRIEF OF CLAIM, WE PRODUCE THE
BELOW STATED AS ACTIONABLE CLAIM HEREIN, NOTICED AND
FILED UPON HEREWITH.


[STATEMENT OF CLAIM 1:] [OUTSIDE BIVENS IN PART]


    THE VICTUM DECLARANT, AND WITH COUNSEL OF PRIVATE,
STATES HEREUPON, THE BREECH OF SUCH CONTRACTUAL
PROVISIONS OF 18 U.S.C §3583, WHICH HOLDS A "REASONABLE"
EXPECTATION OF PRIVACY, WITH AND WHICH SOMEWHAT PROVIDES
A "REASONABLE" AMOUNT OF TRUST AND GUARANTEE OF SAFETY,
TO ALL SAID INDIVIDUALS UNDER CONTRACT WITH DEFENDANT;
"U.S. PROBATION, ACTING AGENT "SIRI OVERSTREET", AND SUCH
SUPERIOR "BOSSES, MANAGERS, SUPERVISORS, ETC. TO WHOM A
"REASONABLE" AMOUNT OF ACCOUNTABILITY CAN BE ENFORCED
IF REPORTED, AS VICTUM CLAIMANT HAS NUMEROUS TIMES
PREVIOUSLY.

PG1 /o

IN SUCH ABOVESTATED STATUTE AND CONSTITUTIONAL PROVISION, DECLARANT, VICTIM TO THE IMPOSED AUTHORITY, BY DEFENDANTS, WHICH IMPOSED HARMFUL AND NON WARRENTED INJURY TO SAID CLAIMANT, WITHOUT ANY PROBABLE CAUSE, CAUSATION, PROBABLE SUSPICION, BACKED BY ANY EXPLORABLE TRACE OR FRACTION OF EVIDENCE TO BELIEVE THE CLAIMANT IN VIOLATION OF "SPECIAL CONDITIONS", PARAMETERS, ETC, WHICH ARE COMMONLY ISSUED BY DEFENDANTS "U.S. PROBATION".

U.S. PROBATION AGENT, OFFICER, SIRI OVERSTREET [AN ACTOR-ACTING OUTSIDE OF COLOR OF LAW DUTY, SCOPE OF PRACTICE WITHOUT EXCUSABLE AUTHORITY OF VALID MERIT OR PROTECTION, OUTSIDE OF FEDERAL JURISDICTION [AND, WITHIN THE GREATER STATE OF OREGON, IN OREGON- A PLACE WITHIN INTERIOR "UNITED STATES" [A PLACE SOMEWHERE ON EARTH- WITHOUT CORPORATE CONTRACTUAL SOVERLIGNTY OR BUSINESS -LEGALLY BINDING AND NOT SUBJECT TO ARBITRATION OR PROTECTED AGAINST SUIT, NOR CLAIM. THE AGENCY IN IT'S NON SAVAANT, NON IMMUNE, NO SOVERIGN CAPACITY, WHICH LIMITS NARRATIVE AUTHORITY, TO HAVE [ACTED], OUTSIDE THE SCOPE OF HER, [MS. OVERSTREET] PROFESSIONAL, PERSONAL AND LEGAL AUTHORITY PROVIDED IN THE ABOVE STATUTE, A LIMIT TO ONLY THE IMPOSER, NOT THE RECIPIENT [WHO DID NOT PARTAKE IN SUCH DRAFT OF STATUTE OR CONTRACT], ETC.

THE VIOLATION OF SAFETY WHICH THE B.O.P, WHO CONTRACTS DIRECTLY WITH, "DEFENDANT" MS. OVERSTREET, AND U.S. PROBATION, AS GUARANTEED RIGHT TO INMATE AND PAROLEE / PROBATION / SUPERVISION RIGHT TO HEALTHCARE,

IS A CONSTITUTIONAL VIOLATION BOUGHT VALIDITY IN 18, U.S.C
§ AMED 1, 8, + 14 - FREEDOMS FROM VIOLENCE, HARM, NOR
THREATS WHICH CAUSED GRIEVIOUS INJURY AND DAMAGES TO
DECLARANT CLAIMANT, MR. HARRIS. THIS RAISES GROUND FOR
CLAIM 1. THE ACTIONS OF MS. OVERSTREET, HAVE BEEN
VIOLENT, THREATENING, MENACING, DERAGATORY, INVASIVE,
SEXIST, RASCIST, VULGAR, REPUGNANT AND DEFLAMATORY,
CAUSING BOTH MENTAL, EMOTIONAL, PHYSICAL AND SPIRITUAL
PURGATORY, A IRREFUTABLE HARM WHICH THE CLAIMANT CAN/WILL
PROVE IRREVERSIBLE DAMAGES. MS. OVERSTREET, AS ACTING
OUTSIDE ANY LAWFUL, NOR PROFESSIONAL PROTECTION, IS NOT
A LICENSED NURSE, DOCTOR, NRN, MPD, MP, MD, MRC, RN, RNA,
RNC, RMT, CNA, CN, FP, FB, ND, ETC, TO WHICH HER KNOWLEDGE OF
SUCH PROFESSIONAL PROCEDURE CAN BE SHOWN AS NON EXISTANT,
IS IN LAWFUL AND CRIMINAL VIOLATION OF THE "LIMITED SCOPE OF
HER "DUTY'S AT DEFENDANT EMPLOYER, "U.S. PROBATION", [AN
ACTING SUPERVISOR - SUPERVISION AUTHORITY IN SMALL PART - LARGELY AT
PART IN FULL]. MS. OVERSTREET HAS NO AUTHORITY TO PRESCRIBE
MHM [MENTAL HEALTH MEDICATION], NOR DIAGNOSE MHD,
A CONSTITUTIONAL SAFEGUARD WHICH IS A FEDERAL "HEALTHCARE
GUARANTEE" - ESPECIALLY TO INMATES - EVEN WITHIN HALFWAY
HOUSES OR SUCH INCENTIVE LEAVE OF B.O.P. OR WITHIN IT'S
CUSTODIAL REACHES. THE CLAIMANT VICTIM, MR. HARRIS,
INSIGHTS HEREIN THE ACTION WHERE MS. OVERSTREETS JOB
AND "PROFESSIONAL DUTYS", OVERREACHED HER "OBLIGATIONS"
AND ETHICAL PROTECTIONS, A VERY CLEAR AND PRESENT
DANGER WHICH WAS NOT WITHOUT INJURY, DAMAGES AND

CONTINUED INJEROUS EFFECT TODAY, EVEN AT TIME OF FILING.
THE CLAIMANT NEED NOT EFFECTUATE THE EXTENSIVE
LENGTH WHICH EXCEED AUTHORITY, TO NOTE SUCH EVEN
BORDERING DAMAGES INCITING, MEDICAL, CLINICAL, NEGLIGENT,
CRIMINAL, MALPRACTICE AND SLANDER, DEFLAMATORY ACTS
CAUSING ACTUAL MEDICAL DOCUMENTED INJURY. THE ACTION
OF "NEGLIGENCE-"CRIMINAL"-BY U.S. PROBATION AND
ALL ASSISTANTS, AGENTS, ETC, INCLUDING MS. OVERSTREET,
INCLUDE THRETS OF RETRIBUTION FOR MR. HARRIS' "SELF
CARE" [A LAWFUL AND CONSTITUTIONAL GUARANTEE -
VIOLATED BY HEREIN SAID DEFENDANTS]. SUCH ACTIONS IN
THIS CLAIM INCLUDE DENIAL OF HEALTHCARE, AS WELL AS
THRETS OF RETALIATION FROM AN ACTING FEDERAL AGENT OR IN
SUCH AN AGENT MESSENGER ACTING ON BEHALF OF FEDERAL
AUTHORITY, HEREIN HENCE THE DEFENDANTS HAVE NONE.
    MR. HARRIS ALLEGES MS. OVERSTREET THRETENED HIM
WHEN HE ATTEMPTED TO SEEK REFUGE IN HER CARE, A
ACTION ALL SUCH SUPERVISED CLIENTS SHOULD HAVE A
REASONABLE HOPE TO FIND, IN HIS QUEST TO FIND A MEDICAL
REMEDY FOR INJURY AND PREEXISTING DAMAGES, HER ACTIONS
ONLY WORSTENED. MS. OVERSTREET HAD MR. HARRIS ARRESTED
BY DEFENDANTS U.S.M SERVICE IN NOV OF 2021 FOR HIS
REFUSAL TO CONTINUE TAKING HARMFUL, POISONOUS MEDICATION
HIS DOCTOR ORDERED HIM TO DISCONTINUE. OVER A YEAR LATER,
IN SEP 2022, MS. OVERSTREET AGAIN ACTED ON THE SAME
PREJUDICED ACTIONS, CAUSING FURTHER ANGUISH AND PAIN,
ACTUALLY INJEROUS, [A SPIRITUALLY DEGRADING HARM]-

THE CLAIMANT, A MEDIUM AND RELIGIOUS DIETY, WHO PRIOR TOLD THE DEFENDANT MS. OVERSTREET OF SUCH, WAS TARGETED IN A "HATE SPEECH", HATECRIME AND "CONTROLLED POISONING, STILL PRESENT TODAY OVER A YEAR LATER. THE CLAIMANT ALLEGES PREEXISTING INJURY FROM THE NEGLIGENCE OF MS. OVERSTREET, AS WELL AS EXTENDED AND AVOIDABLE NEW ADDITIONAL DAMAGES, WHICH WE EVIDENCE AS AVOIDABLE.

ON SEVERAL OCCASIONS, MS. OVERSTREET REFUSED TO ALLOW MR. HARRIS TO USE HIS OWN BETTER JUDGEMENT WHICH VIOLATED HIS RIGHT TO FREEDOM OF RELIGION. A RIGHT GURANTEED PER 18. US.C & AMED 1. THE COURT GIVEN AUTHORITY OF THE CLAIMANT, MR. HARRIS, AT ALL TIMES HEREIN, SUPERCEEDS, THE LIMITED AND UNCERTAIN, 'PROVISIONAL-SUPERVISORY AUTHORITY-AFFORDED MS. OVERSTREET; IN ALL HER CLAIM OF IMMUNITY IN ANY CAPACITY, BOTH PERSONAL, AND PROFESSIONAL. MS. OVERSTREET OUTRIGHT REFUSED TO ACKNOWLEDGE THE AUTHORITY OF THE SOVERIGN DECLARANT, CLAIMANT, VICTUM, ETC, MR. HARRIS. MR. HARRIS TOLD MS. OVERSTREET IN 09,2021, OF HIS DUAL CITIZENSHIP DIPLOMACY AND STATUS. BOTH RELIGIOUS, AS WELL AS INTL, AND FREESOCIETAL NATIONALITY STATUS, ALL EXCEEDING CONSTITUTIONAL CONSTRAINTS AND LIMITED ADVISION. MS. OVERSTREET TOOK OFFENSE TO SUCH CLAIM AND TARGETED MR. HARRIS DIRECTLY. BY LAWFUL ORDER OF A LICENSED AND PRACTICED PRACTIONER, BOTH CLINICALLY RECOGNIZED, AND LICENSED TO DIAGNOSE, DISPENSE,

DISTRIBUTE, INSCRIPT, PRESCRIBE, MENTAL HEALTH MEDICATION, ENTER [AUBREY CORBETT OF BLACKBURN CENTER, A CLINIC ON NE 122ND AND BURNSIDE, IN PORTLAND, OREGON]. MR. HARRIS WAS NOT TO TAKE, ADHERE, CONSUME, OR INGEST ANY MENTAL HEALTH CARE MEDICATION, UNTIL UNDERGOING A FULL AND THOROUGH MENTAL HEALTH, PSYCHOLOGICAL AND MEDICAL EXAMINATION, BY DOCTORS ORDER. ALL DEFENDANTS, UNITED STATES PROBATION, MS. OVERSTREET, [AN AGENT WITHOUT PRACTICE OF MEDICAL STANDING], UNITED STATES DISTRICT COURTHOUSE, AND MCDC [INCLUDING ALL MEDICAL STAFF, C/O'S, INTAKE STAFF, ETC, WITH THE FEDERAL PUBLIC DEFENDERS OFFICE INCLUDED, ALL HAVE CLEAR AND CONCEIVABLE GUILT AGAINST MR. HARRIS DOCTORS ORDER AND EVIDENCE. IN THIS FASHION, SEVERAL MRF'S [MEDICAL REQUEST FORMS, KYTES, COMPLAINTS, CLAIMS, SUITS, RECORDED EVIDENCE, EXIST OVER THE PAST 3 YEAR PERIOD, TO MR. HARRIS' CLAIM OF MEDICAL, CLINICAL, AND CRIMINAL MALPRACTICE, ON ALL SAID DEFENDANTS HEREIN. THE DEFENSE IS FULLY PREPARED IN THIS CLAIM TO MOVE FOR MOTION FOR SUMMARY JUDGEMENT IN THIS ACTION. THE DEFENSE HAS TAKEN CARE TO NOTIFY ALL PARTIES IN DEFENDANT STATUS, OF SUCH A NOTICE OF CLAIM ON THE MERITS OF THE CLAIM AT HAND. WITHOUT THE PROTECTION OF THE CONSTITUTION AND IT'S SOVEREIGNTY PROVIDED TO THE CLAIMANT, DECLARANT. THE DEFENDANTS LACK ADEQUATE REPOSE, RESPONSE, NOR REBUTTAL TO THIS CLAIM. WE MOTION THIS CLAIM HEARD BY 12 PERSON JURY TRIAL, WITH PRIDER, IN THE MONTH OF DECEMBER, IN THE 2022 YEAR OF OUR LORD.

PG 6/6    01-12-2022

THE DEFENSE, XX, WITH MR. HARRIS, ETC    COUNSEL.

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

CONST ART 1, SECTION 8, WITH AMED 1, FREEDOM OF SPEECH AND FREEDOM OF RELIGION, WITH AMENDMENT 8, RIGHTS AGAINST CRUEL AND UNUSUAL

PUNISHMENT, AMENDMENT 14, AGAINST SLAVERY AND INVOLUNTARY SERVITUDE,

## III. STATEMENT OF CLAIMS

WITH RIGHTS AGAINST THREATS OF RETRIBUTION FOR NON EMERGENCY MEDICAL BY A NON PRACTITIONE

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

"PLEASE SEE ATTACHED IN FULL, NON IMPARTED"

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

[ SEE CLAIM II WITHIN CLAIM 1 AS AN ATTACHMENT IS DUE UNDER MEDICAL MALPRACTICE, CLINICAL MALPRACTICE, MALPRACTICE AND WHERE NEGLIGENCE BECOMES CRIMINAL AT A CULPABLE LEVEL OF PROFESSIONAL STANDARD BREECH.

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

3

_____

_____

_____

_____

_____

_____

_____

_____

**Claim III**

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

[PLEASE SEE CLAIM III WITHIN THE BODY OF CLAIM I AND FOURTHRIGHT INCLUDING II. THE SPECIFIC DECONSTRUCTION OF THE NATURE OF THIS CLAIM IS ALL INCLUSIVE FOR THE LEGAL EMBODIMENT OF THE DEFENSES ARGUEMENT. WHERE SEPERATION OCCURS, THE FACTS BECOME REPEATIVE AND THE DECLARANTS PRESERVES THE RIGHT TO AVOID THIS CLAIMS REJECTION FOR "FAILURE TO STATE A CLAIM", WHERE PAST CLAIMS WERE REJECTED FOR OVERLAPPING ISSUES OR LACK OF CLARITY. THOUGH SEVERAL INCIDENTS ARE OCCURANCES AND ONGOING, THE DEFENSE MAINTAINS A SOVERIGN CLAIM TO INCLUDE THE WEIGHT OF EVIDENCE MOST FAVORABLE IN A COMPENDIUM EFFECT. IN HONOR, YOUR HONOR.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

4

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all
administrative appeals available to me.

☒ Yes          ☐ No

WITHIN CUSTODY, AND WITHOUT
CUSTODY, TO INNUROUS EXHAUSTION **V. RELIEF**

OF REMEDY. *State briefly exactly what you want the court to do for you and the amount, if any, of
monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

1.) CRIMINAL NEGLIGENCE IF THE DEFENDANTS INTEND TO
PURSUE REFFUTE OR REJECTION OF GUILT, A 12 PERSON TRIAL IS ORDERED IN THIS
FASHION OUTSIDE OF "ACCEPTANCE" WHERE THE CLAIMANT WILL ENTERTAIN A
PLEA OF "LENIENCY"

2.) MONETARY RECOURSE IN THE FASHION OF U.S. $3,000,000
[THREE MILLION DOLLARS] WHICH CAN BE NEGOTIABLE IN [STATUS
CONFERENCE, MEDIATION, OR OFFERING FROM THE DEFENDANTS],
IF DONE IN TIMELY FASHION PRIOR TO TRIAL AND DISCOVERY
[WHICH INCLUDES MORE WORK FOR THE DECLARANT].

3.) SQUASH, QUASHING, AND CLOSING OF THE REMAINDER OF
DECLARANTS SUPERVISION STATUS.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of DECEMBER , 20 22.

A.K.A. MR. HARRIS,
X _____
X
*(Signature of Plaintiff)*

IN PERSONA PROPRIA PRO SE,
UCC-1-308, W.O.P,
IN PERSONAM IMAN,⁵
[A NON CORPORATION AFFAIR].